# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>ALIXON VLADIMIR MEDINA VARELA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:25-mj-00089<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 1, 2025__ in the county of __Multnomah__ in the
_____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(B) | Possession with intent to distribute 40 grams or more of a mixture and substance containing Fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See attached affidavit of FBI Task Force Officer Nathan Hibbs.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Nathan Hibbs, Task Force Officer, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 3:16 pm a.m./p.m.

Date: April 2, 2025

*Youlee Yim You*
*Judge's signature*

City and state: Portland, Oregon
Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*